```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

BESSIE H. FREEMAN and             *
CLIFTON N. FREEMAN, JR.,
                                  *
         Plaintiffs
                                  *
vs.
                                  *    CASE NO. 3:05-CV-43 (CDL)
WAL-MART STORES EAST, L.P., an
Arkansas Corporation and JOHN     *
DOES 1-5, Georgia Citizens,
                                  *
         Defendants
                                  *

O R D E R

Defendant Wal-Mart Stores East, L.P. has filed a Motion to Compel Records of David B. Jarrett, M.D., relating to his treatment of Plaintiff Bessie H. Freeman, for an in camera inspection by the Court. This motion arises from Plaintiff Bessie H. Freeman's objection to a subpoena served by Defendant upon Dr. Jarrett for the production of these records. Plaintiff's objection is based upon the patient-psychotherapist privilege.

The Court finds that Defendant's motion should be granted. Accordingly, it is ordered that Dr. Jarrett produce his records to Plaintiffs' counsel. Plaintiffs' counsel shall review the records, and for any records that counsel maintains an objection, counsel shall file those records under seal with the Court. Plaintiffs' counsel shall produce to Defendant's counsel any records to which counsel does not object. The Court will review the records filed under seal and determine which records are discoverable. The records

shall be filed with the Court under seal within twenty days of the date of this Order.

    IT IS SO ORDERED, this 7th day of March, 2006.

                                          S/Clay D. Land
                                                  CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE